**Damarious COFIELD, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 5D16–2655.**

District Court of Appeal of Florida, Fifth District.

Nov. 18, 2016.

Damarious Cofield, Bushnell, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 4, 2015, judgment and sentence in Case No. 2014–CF–01788–A, in the Circuit Court in and for Seminole County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, COHEN and EDWARDS, JJ., concur.